CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 2 8 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| MARCELLAS HOFFMAN, | ) | |
| Petitioner, | ) | Civil Action No. 7:18cv00524 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| WARDEN BRECKON, | ) | By: Michael F. Urbanski |
| Respondent. | ) | Chief United States District Judge |

By order entered November 9, 2018, the court directed Hoffman to show cause why his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 should not be dismissed as duplicative of his claims already proceeding in Civil Action 7:18cv00265. The court advised Hoffman that failure to respond to the court's order within seven days would result in the dismissal of the action without prejudice. Hoffman did not respond.

Inasmuch as the time to respond has passed and Hoffman has failed to respond to the court's order, the court will dismiss this action without prejudice.

**ENTER:** This 27th day of November, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge